IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jamaine Paige, K-39043

        Plaintiff,

v.

Scott M. Kernan Etal,

        Defendant.

CV 08 3963

CASE NO. S151137

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

(PR)

E-filing

I, Jamaine Paige, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __NONE__   Net: __NONE__

Employer: __NONE__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

EVRETT & JONES BBQ. Oakland CA.   (Yr 1995).

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment     Yes \_\_\_\_ No ✓

    b.  Income from stocks, bonds, or royalties?     Yes \_\_\_\_ No ✓

    c.  Rent payments?     Yes \_\_\_\_ No ✓

    d.  Pensions, annuities, or life insurance payments?     Yes \_\_\_\_ No ✓

    e.  Federal or State welfare payments, Social Security or other government source?     Yes \_\_\_\_ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

    NONE

3.  Are you married?     Yes \_\_\_\_ No ✓

Spouse's Full Name: NONE

Spouse's Place of Employment: NONE

Spouse's Monthly Salary, Wages or Income:

Gross $ NONE     Net $ NONE

4.  a.  List amount you contribute to your spouse's support:

$ NONE

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

    NONE

5.  Do you own or are you buying a home?     Yes \_\_\_\_ No ✓

Estimated Market Value: $ NONE     Amount of Mortgage: $ NONE

6.  Do you own an automobile?     Yes \_\_\_\_ No ✓

Make NONE     Year NONE     Model NONE

Is it financed? Yes \_\_\_\_ No ✓     If so, Total due: $ NONE

Monthly Payment: $ NONE

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __✓__

Name(s) and address(es) of bank: _____NONE_____

_____

Present balance(s):  $ _____0_____

Do you own any cash?  Yes _____   No __✓__   Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No __✓__

_____

8.  What are your monthly expenses?

Rent: $ ____NONE____   Utilities: ____NONE____

Food: $ ____NONE____   Clothing: ____NONE____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| NONE | $ NONE | $ 5.00 |
|  | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

____NONE____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-13-2008.                    _____[signature]_____
   DATE                         SIGNATURE OF APPLICANT

Case Number: S151137

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Jamaine Paige for the last six months at
[prisoner name]

  H-D-S-P  where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: 8-13-2008.              _____
                               Authorized officer of the institution

4