```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022918
Cashier ID: bucklem
Transaction Date: 08/29/2008
Payer Name: aldrena paige
------------------------------------
WRIT OF HABEAS CORPUS
 For: jamaine paige
 Case/Party: D-CAN-5-08-CV-003963-001
 Amount:         $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 1209502363
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

rmw

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```




E-Filing, HABEAS, ProSe

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #:
# 5:08-cv-03963-RMW
# Internal Use Only

Paige v. Kernan
Assigned to: Hon. Ronald M. Whyte
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/19/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

| | | |
|---|---|---|
| Jamaine V. Paige | represented by | **Jamaine V. Paige**<br>K-39043<br>High Desert State Prison<br>B-3-145L<br>P.O. Box 3030<br>Susanville, CA 96127<br>PRO SE |

V.

**Respondent**

Scott M. Kernan

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2008 | view 1 | PETITION for Writ of Habeas Corpus; No process; In forma pauperis pending. Filed by Jamaine V. Paige. (Attachments: # 1 Petition (part 2), # 2 Petition (part 3), # 3 Petition (part 4))(dhm, COURT STAFF) (Filed on 8/19/2008) (Additional attachment(s) added on 8/21/2008: # 4 Envelope) (dhm, COURT STAFF). (Entered: |

| | | |
|---|---|---|
| | | 08/21/2008) |
| 08/19/2008 | view 2 | MOTION for Leave to Proceed in forma pauperis filed by Jamaine V. Paige. (dhm, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/21/2008) |
| 08/19/2008 | view 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (dhm, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/21/2008) |
| 08/19/2008 | view | CASE DESIGNATED for Electronic Filing. (dhm, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/21/2008) |

Molrena Paige #2
25-7 Poplar Ave
Hayward Ca. 94541

OAKLAND CA 945
23 AUG 2008 PM 3 L

Clerk of The United States District
For The Northern District of California,
450 Golden Gate Ave, Box 36060
San Francisco Ca. 94102