*E-FILED - 9/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAINE V. PAIGE, | ) | No. C 08-3963 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT M. KERNAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1996 criminal conviction in the Alameda County Superior Court. Petitioner has paid the filing fee. Petitioner filed a previous habeas action with this court, in case no. C 99-2870 MJJ (PR), challenging the same conviction and sentence raised in the instant petition. In this earlier habeas action, the court denied the petition on the merits on January 3, 2002. The court will DISMISS the instant petition without prejudice as a second or successive petition pursuant to 28 U.S.C. § 2244(b).

**DISCUSSION**

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1);

1  Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999).  Additionally, a district court must
2  dismiss any new claims raised in a successive petition unless the petitioner received an order from
3  the court of appeals authorizing the district court to consider the petition.
4       Here, the instant petition challenges the same conviction and sentence as petitioner's earlier
5  habeas action, which was denied on the merits.  Petitioner has not presented an order from the Ninth
6  Circuit Court of Appeals authorizing this court to consider any new claims.  Accordingly, this court
7  must dismiss the instant petition in its entirety.  See 28 U.S.C. § 2244(b)(3)(A).

## CONCLUSION

9       The instant habeas petition is DISMISSED without prejudice as a second and successive
10 petition. The clerk shall terminate any pending motions and close the file.
11      IT IS SO ORDERED.
12 DATED:  9/29/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Paige963sos.wpd          2