*E-FILED - 9/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAINE V. PAIGE, | ) | No. C 08-3963 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| SCOTT M. KERNAN, et al., | ) | |
| Respondents. | ) | |

    The court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 9/29/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge